FILED

09/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AC 17-0694

## IN THE ASBESTOS CLAIMS COURT OF THE STATE OF MONTANA

| IN RE ASBESTOS LITIGATION<br><br>*Consolidated Cases* | **CAUSE NO. AC 17-0694**<br><br>ORDER GRANTING ADMISSION<br>*Pro Hac Vice* |
|---|---|

The Court having considered the motion of Movants Ace Fire Underwriters

Company, and Ace Property & Casualty Insurance Company (collectively

"Chubb") for admission of Mark D. Plevin *Pro Hac Vice*, and good cause

appearing, IT IS HEREBY ORDERED that the application made on behalf of

    Mark D. Plevin
    Crowell & Moring LLP
    Three Embarcadero Center, 26th Floor
    San Francisco, California  94111
    Tel: 415.986.2800  Fax: 415.986.2827
    MPlevin@crowell.com

    is hereby GRANTED.

      DATED 9/22/2020 AND ELECTRONICALLY SIGNED BELOW.

_____
District Court Judge